**Keith Bell KEIRSEY, Plaintiff-Appellant,**

v.

**STATE of Missouri PERSONNEL ADVISORY BOARD, Respondent-Appellee.**

**No. WD 32965.**

Missouri Court of Appeals, Western District.

July 27, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 31, 1982.

Keith Bell Keirsey, pro se.

James C. Martin, Jefferson City, for respondent-appellee.

Before NUGENT, P. J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment of circuit court affirming respondent's affirmance of Division of Corrections dismissing appellant from employment.

Judgment affirmed.